FILED
2017 May-03 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

USPS TRACKING#

9590 9402 1669 6053 7057 27

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

MADISON COUNTY CIRCUIT CLERK
MADISON COUNTY COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, ALABAMA 35801

Re:  Complaint & Discovery
     CV 2017-900265



-487699

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MID-WEST STEEL BUILDING COMPANY, a division of NCI Group, Inc.
c/o National Corporate Research, LTD, Inc.
2094 Myrtlewood Drive
Montgomery, AL 36111

CV1H-900315 Alias 6/c

9590 9402 1669 6053 7057 27

2. Article Number (Transfer from service label)

7016 0600 0000 0627 3877

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dede Harbin_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Dede Harbin
C. Date of Delivery: 4/3/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED IN OFFICE
APR 05 2017
DEBRA KIZER
Clerk, Circuit Court Madison Co AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

