FILED
2017 May-03  PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A
Date: 02/24/2012 10:17:34                                    1.5.2.1

Entered By: Dan Flippo
Page 1 of 15



**MID-WEST®**
STEEL BUILDING COMPANY

Mid-West Steel Building Company
7301 Fairview/ Houston, TX 77041

**(800)777-9378/Fax:(713)466-3194**

| This Portion for Plant Use Only | |
|---|---|
| Job Number: | 2258528 |
| Release Date: | Purchase Price: |
| Terms: | PM: |
| Dist#: 313 | DM: 41000  SSM: Martens |

# PURCHASE ORDER
## *This Order is for Approval*

Buyer acknowledges and agrees that this purchase order is not valid for plan and specification projects since it is based on the Manufacturer's product standards only. Any Buyer-supplied information has been used only for general reference and the Manufacturer's scope of work is strictly limited as described herein.

## Buyer Information

Buyer's P.O. #:
Buyer Number:        (1004*99689)
Buyer:               Cornerstone Word of Life Church
C/O (if req'd):
Mailing Address:
                     , AL
Mailing Country:     United States
Mailing County:
Physical Address:    3783 Sullivan Street
                     Madison , AL  35758
Physical Country:    United States
Physical County:     Madison
Attention:           John Walsh
Phone:               1-918-872-6006
Fax:                 1-918-872-6010
Cell Phone:          1-918-978-2928
Night Phone:
E-Mail:              jwalsh@churchesbydaniels.com

## Owner Information

Owner:               Cornerstone Word of Life
Contact:
Phone Number:
Physical Address:    3783 Sullivan Street
                     Madison , AL  35758
Country:             United States
County:              Madison
End Use of Building: 4D COMMUNITY - HOUSES OF
                     WORSHIP

## Shipping

Shipping Terms:      FOB plant with Freight allowed to jobsite
Shipping Contact:    John Walsh
Ship To:             3783 Sullivan
                     Madison , AL  35758
Country:             United States
County:              Madison
Day Phone:           1-918-872-6006
Night Phone:         1-918-978-2928
Shipping Weight:     208,924.36 lbs
Miles to Jobsite:    255
Shipped From:        Caryville, TN

Add Export Overages:    N/A
Requested Delivery Date:

## Credit Information

Credit Contact:
Credit Phone:
General Contractor:  Daniels & Daniels Const.
City/State:          Broken Arrow , OK
Sub Erector:
City/State:
Lender:
Lender Address:

Lender Phone:
Credit Terms:        To Be Determined
Tax Exempt Status:   Exempt
Tax Exempt Number:

## Drawings & Documentation

| Qty | Type | Purpose | Seal | Ship To |
|---|---|---|---|---|
| 3 | Erection | Permit | Sealed | Buyer |
| 1 | Calcs | | Sealed | Buyer |
| 3 | Letter of Cert. | | Sealed | Buyer |
| 3 | Anchor Rod Only | Permit | Sealed | Buyer |

Show All Member Sizes and Connections:      No
Send Drawings Express Delivery:             No
Corp of Engineers, DOD, DOE Federal:        No
Requested Mailing Dates
   Final Anchor Rod:
   Approval:
   Permit:

## General Information

Project ID:          Cornerstone Word of Life
Material Origin:     Non-Domestic Steel Allowed
Estimator:
City Limits:         Inside
Project Status:      Approval
Quote Request:       No
Quote Requested Date: N/A

## Jobsite Information

Address:             3783 Sullivan Street
                     Madison , AL  35758
Country:             United States
County:              Madison

## Project Notes

End wall B to have PBU galvalume Panels with 4" VR-R Insulation
All other walls to receive IPS Sonora panels with pepple stone finish
Daniels & Daniels Construction is the General Contractor, For Tax purposes project will be sold direct to Corner Stone Church

## Loads

Note: Snow Exposure could be updated by the application to a per building value based on input entered into this project.

| | | | |
|---|---|---|---|
| **Project Use Category:** | Commercial | **Jobsite State:** | AL |
| **Building Code:** | 2009 IBC | **Jobsite County:** | Madison |
| | | **Jobsite City:** | Madison |
| **Live/Wind** | | | |
| **Live Load:** | 20.000 psf | | |
| **Tributary Area Reduction:** | No | | |
| | | | |
| **Wind Speed:** | 90.00 mph | **Wind Category:** | N/A |
| **Wind Exposure:** | Exposure C | **Miles From Coastline:** | N/A |
| **Hurricane Coastline:** | No | **Elevation Above Sea Level:** | N/A |
| | | **Rain Intensity:** | 6.0000 in/hr |
| **Snow** | | | |
| **Ground Snow Load:** | 10.000 psf | **Snow Exposure:** | Partially Exposed |
| **Min Roof Snow Load:** | 0.000 psf | **Rain Load:** | N/A |
| **Seismic** | | | |
| **Spectral Response(Ss):** | 30.20 % | **% of Snow Load for Seismic:** | Normal |
| **Spectral Response(Sh):** | N/A | **Seismic Zone:** | N/A |
| **Spectral Response(S1):** | 11.10 % | **Near Source Factor:** | N/A |
| **Spectral Response(S2):** | N/A | **Design Seismic For Schools:** | N/A |
| **Accelerated Coefficient(Aa):** | N/A | **Site Class/Soil Type:** | (D) Stiff Soil |
| **Velocity Coefficient(Av):** | N/A | | |

## Sustainability and Energy Efficiency

| | |
|---|---|
| **Sustainability Goal:** | Unknown |
| **Energy Efficiency Code:** | Unknown |
| **Whole Building Air Infiltration Testing:** | No |

02/24/2012   14:17                                    Case 5:17-cv-00716-MHH   Docum
                                                          (FAX)                            P.004/016

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A                    Entered By: Dan Flippo
Date: 02/24/2012 10:17:34                          1.5.2.1                                    Page 3 of 15

## Building: A - A

### Building Loads

| | | | |
|---|---|---|---|
| Roof Snow Load By Design: | 8.470 psf | | |
| Occupancy Category: | III - High Occupancy | | |
| Thermal Condition: | Above Freezing | | |
| Seismic Design Category: | C | | |

### Importance Factors

| | |
|---|---|
| Snow Is: | 1.10 |
| Wind Iw: | 1.15 |
| Seismic Ie: | 1.25 |
| Designed Snow Exposure: | Partially Exposed |

### Wind Enclosure

Wind Enclosure:                                                          Calculated - Enclosed
Are all Framed Openings enclosed with materials designed to resist building wind loads?:   Yes
Are all Open Areas for Other enclosed with materials designed to resist building wind loads?:   Yes
Open Building Condition:                                                 Obstructed flow

### Uniform Collateral Loads

| | | | |
|---|---|---|---|
| Ceiling Load: | 0.000 psf | Other: | 10.000 psf |
| Plaster/Sheetrock Ceiling: | No | | |
| Brittle Wall/Dryvit: | No | | |

### Deflections

| | | | |
|---|---|---|---|
| Purlins Live: | L/150 - Default | Rafters Live: | L/180 - Default |
| Purlins Snow: | L/180 - Default | Rafters Snow: | L/180 - Default |
| Purlins Wind: | L/180 - Default | Rafters Wind: | L/180 - Default |
| Purlins Total Gravity: | L/120 - Default | Rafters Total Gravity: | L/120 - Default |
| Purlins Total Uplift: | N/A | Rafters Total Uplift: | N/A |
| Girts: | L/90 - Default | Endwall Columns: | L/120 - Default |

### Sidesway

| | |
|---|---|
| Portal Frame Wind: | H/60 - Default |
| Portal Frame Seismic: | H/50 - Default |
| Frame Live: | H/60 - Default |
| Frame Snow: | H/60 - Default |
| Frame Wind: | H/60 - Default |
| Frame Total Gravity: | H/60 - Default |
| Frame Total Wind: | H/60 - Default |
| Frame Total Seismic: | H/50 - Default |

## Topography-Escarpments

| | |
|---|---|
| Does the building lie on the upper half of a hill, ridge, or escarpment?: | No |
| Is this hill, ridge or escarpment unobstructed in any direction by another similar topographic feature within a distance of 100 times its height or 2 miles, whichever is less?: | No |
| Is the hill or escarpment at least twice as tall as any other topographic features within 2 miles?: | No |
| Does the average slope on the top half of the hill, ridge, or escarpment equal or exceed 20% (11.3°)?: | No |
| Is the height of the hill, ridge or escarpment equal to or greater than 15 feet for Exposure C or D, or 60ft for Exposure B?: | No |

### TOPOGRAPHIC EFFECTS

| | |
|---|---|
| Hill Shape: | N/A |
| Lh, Horizontal distance of crest to half height of hill or escarpment: | N/A |
| H, Height of hill or escarpment: | N/A |
| X, Distance from the crest to the building site: | N/A |

## Building Information

| Label - Name: A - A | | Frame Type: Symmetrical |
|---|---|---|
| Structure: | New | Elevation A: Sidewall |
| Type: | Stand Alone | |

## Geometry, Sidewalls & Endwalls

| Width: | 130'-0" | Length: | 136'-0" |
|---|---|---|---|

**SWA** | | **SWC** |
|---|---|

| Eave Height: | 30'-0" | Eave Height: | 30'-0" |
|---|---|---|---|
| Roof Slope: | 1.000000 / 12 | Roof Slope: | 1.000000 / 12 |
| Dist. to Ridge: | 65'-0" | Dist. to Ridge: | 65'-0" |
| Girts: | 8.0" - 1" Outset | Girts: | 8.0" - 1" Outset |

**EWB** | | **EWD** |

| Type: | Bearing Frame with Hot-Rolled Rafter | Type: | Bearing Frame with Hot-Rolled Rafter |
|---|---|---|---|
| Girts: | 8.0" - 1" Outset | Girts: | 8.0" - 1" Outset |
| Setback: | System Standard 0'-4" | Setback: | System Standard 0'-4" |

| Purlins: | 8.0" Z | | |
|---|---|---|---|
| Primary Steel Shop Coat: | Red | Secondary: | Red |
| Bolt Finish: | Plated | Hot-Dipped Primary: | No |
| | | Seal Welds: | N/A |

## Bracing

| Roof: | Rod | Roof (EWB to EWD) @ Bays: 1, 3, 4 |
|---|---|---|
| SWA: | Full Height Portal Frame | SWA (EWB to EWD) @ Bays: 3 |
| SWC: | Full Height Portal Frame | SWC (EWD to EWB) @ Bays: 3 |
| EWB: | Rack to Frame | EWB (SWC to SWA) @ Bays: N/A |
| EWD: | Rod | EWD (SWA to SWC) @ Bays: 3 |
| Purlin: | Knock-In Bridging Angles Allowed | |
| Girt: | Not Allowed | Note: If Rods are selected, Manufacturer may adjust bracing |

Note: If Rods are selected, Manufacturer may adjust bracing tiers or substitute angle for a more efficient design.

**Portal Frames:**

| **SWA** | | **SWC** | |
|---|---|---|---|
| Rod Tiers Above: | N/A | Rod Tiers Above: | N/A |
| Max Column Web Depth: | 68.00" | Max Column Web Depth: | 68.00" |
| Max Rafter Web Depth: | 68.00" | Max Rafter Web Depth: | 68.00" |

Note: It may be possible to reduce bracing costs by locating the bracing in a wider bay.
If the braced bay is not as wide as it is tall, consider moving the bracing to a bigger bay if possible.

## Spacings

Bay Spacing (EWB-EWD):        16'-0", 4@30'-0"

EWB COL. Spacing (SWC-SWA):   25'-0", 4@20'-0", 25'-0"
EWD COL. Spacing (SWA-SWC):   25'-0", 4@20'-0", 25'-0"

EWB COL. Recesses (SWC-SWA):  0", 0", 0", 0", 0", 0", 0"
EWD COL. Recesses (SWA-SWC):  0", 0", 0", 0", 0", 0", 0"
* Note - Negative column recess raises the base of the column above the finished floor.

SWA Girt Locations* (Base to Eave):System Standard:   3'-6",   5'-2",   7'-4",   11'-0",   13'-2",   16'-10",   19'-0",   22'-8",
                                                       24'-10",   27'-4"

SWC Girt Locations* (Base to Eave):System Standard:   3'-6",   5'-2",   7'-4",   11'-0",   13'-2",   16'-10",   19'-0",   22'-8",
                                                       24'-10",   27'-4"

EWB Girt Locations* (Base to Peak):System Standard:   5'-2",   7'-4",   11'-0",   13'-2",   16'-10",   19'-0",   22'-8",   24'-10",
                                                       30'-3 1/2"

EWD Girt Locations* (Base to Peak):System Standard:   5'-2",   7'-4",   11'-0",   13'-2",   16'-10",   19'-0",   22'-8",   24'-10",

Purlin Spacing:       System Standard
Designed Purlin Locations on the Slope* (SWA - Eave to Peak):  2@2'-7 1/2", 18@3'-3 1/8"
* - Additional snow drift purlins were
    added but not shown above.
Designed Purlin Locations on the Slope* (SWC - Eave to Peak):  2@2'-7 1/2", 18@3'-3 1/8"
* - Additional snow drift purlins were
    added but not shown above.

*Note: Purlin and girt depths, DESIGNED purlin locations, and SYSTEM SPECIFIED girt locations are supplied for reference only,
and may be changed at Manufacturer's discretion without notice unless specifically stated otherwise in the "Notes" section of this
document.

## Frame Groups

**Group Number:**   1 (Clearspan)

**Frame Lines:**   2 to 5
**Hardened Washers for High Strength Bolts:** No

### SWA

| | |
|---|---|
| **Column:** | Tapered Allowed |
| **Unbraced:** | No |
| **Max Col. Web Depth:** | 21.00" |
| **Max Raf. Web Depth:** | 68.00" |
| **Ext Col. Elevation:** | At Finished Floor |

### SWC

| | |
|---|---|
| **Column:** | Tapered Allowed |
| **Unbraced:** | No |
| **Max Col. Web Depth:** | 21.00" |
| **Max Raf. Web Depth:** | 68.00" |
| **Ext Col. Elevation:** | At Finished Floor |

## Covering

**Roof Panel:** Double-Lok   **Gauge:** 24   **Color:** Galvalume Plus
**Thickness:** N/A   **R Value:** N/A   **Interior Panel:** N/A
**Finish Warranty:** No   **Wide Tape:** No   **Eave Icing:** No   **UL90:** YES
**Fasteners:** Self-Drilling, Long-Life, Standard Length   **Thermal Blocks: INCLUDED - 3/8"**   **Seamer Rental:** Not Included
**Standing Seam Clip:** High Sliding for 6 in. Blkt. Insulation   **Note: Insulation not included unless specified**
**Weathertightness Warranty:** None   on the insulation page of this document.

**Wall Panel:** Not by Manufacturer   **Gauge:** 26   **Color:** N/A
**Thickness:** N/A   **R Value:** N/A   **Interior Panel:** N/A
**Finish Warranty:** N/A   **Base Option:** Base Angle
**Fasteners:** N/A   **Concrete Notch:** N/A
**Outside Metal EW Closures:** N/A   **Sealed Wall:** No   **Base Closure Strips:** N/A   **Eave Closures:** N/A

**Note: An asterisk (*) next to the color indicates a Signature 300 color selection.**

## Trim

**SWA:**   No Trim
**SWC:**   No Trim

**EWB:**   Rake Trim
**EWD:**   Rake Trim   **Trim Profile:**   Classic

**Eave Trim:**   None   **Rake Trim:**   SIG - 200 TBD   **Corner Trim:**   None
**Gutters:**   None   **Downspouts:**   None   **Roof to Roof:**   None
**Roof to Wall:**   None   Trim is 26 gauge unless noted otherwise.
(*)Denotes Signature 300 color.
Trim for roof system with Sig 300 color is 24 gauge.

## Accessories

Note: When Accessories are located in Bay 1, Distance From Left Column refers to Distance from Left Steel Line.

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| **Elevation:** | SWA | **Dist. From Left Steel Line:** | 1'-6" |
| **Bay:** | 1 | **Dist. from Left Col.:** | 1'-6" |
| **Quantity:** | 1 | **Dist. from Floor:** | 0'-0" |
| **Width:** | 13'-0" | **Trim:** | SIG - 200 TBD |
| **Height:** | 11'-0" | **Options:** | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| **Elevation:** | SWA | **Dist. From Left Steel Line:** | 24'-6" |
| **Bay:** | 2 | **Dist. from Left Col.:** | 8'-6" |
| **Quantity:** | 1 | **Dist. from Floor:** | 0'-0" |
| **Width:** | 13'-0" | **Trim:** | SIG - 200 TBD |
| **Height:** | 11'-0" | **Options:** | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| **Elevation:** | SWA | **Dist. From Left Steel Line:** | 41'-6" |
| **Bay:** | 2 | **Dist. from Left Col.:** | 25'-6" |
| **Quantity:** | 1 | **Dist. from Floor:** | 0'-0" |
| **Width:** | 3'-0" | **Trim:** | SIG - 200 TBD |
| **Height:** | 7'-0" | **Options:** | Pre-Galvanized Framing |

## Accessories (Continued)

Note: When Accessories are located in Bay 1, Distance From Left Column refers to Distance from Left Steel Line.

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | SWA | Dist. From Left Steel Line: | 54'-6" |
| Bay: | 3 | Dist. from Left Col.: | 8'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 13'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | SWA | Dist. From Left Steel Line: | 101'-6" |
| Bay: | 4 | Dist. from Left Col.: | 25'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 3'-0" | Trim: | SIG - 200 TBD |
| Height: | 7'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 1'-6" |
| Bay: | 1 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 20'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 27'-6" |
| Bay: | 2 | Dist. from Left Col.: | 2'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 16'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 46'-6" |
| Bay: | 3 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 12'-0" |
| Width: | 9'-0" | Trim: | SIG - 200 TBD |
| Height: | 14'-0" | Options: | Pre-Galvanized Framing, Four Sided (with |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 46'-6" |
| Bay: | 3 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 10'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 73'-6" |
| Bay: | 4 | Dist. from Left Col.: | 8'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 10'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 73'-6" |
| Bay: | 4 | Dist. from Left Col.: | 8'-6" |
| Quantity: | 1 | Dist. from Floor: | 12'-0" |
| Width: | 9'-0" | Trim: | SIG - 200 TBD |
| Height: | 16'-0" | Options: | Pre-Galvanized Framing, Four Sided (with |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 86'-6" |
| Bay: | 5 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 16'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

## Accessories (Continued)

Note: When Accessories are located in Bay 1, Distance From Left Column refers to Distance from Left Steel Line.

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Dist. From Left Steel Line: | 108'-6" |
| Bay: | 6 | Dist. from Left Col.: | 3'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 20'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | SWC | Dist. From Left Steel Line: | 31'-6" |
| Bay: | 2 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 3'-0" | Trim: | SIG - 200 TBD |
| Height: | 7'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | SWC | Dist. From Left Steel Line: | 115'-6" |
| Bay: | 4 | Dist. from Left Col.: | 25'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 3'-0" | Trim: | SIG - 200 TBD |
| Height: | 7'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | SWC | Dist. From Left Steel Line: | 121'-6" |
| Bay: | 5 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 13'-0" | Trim: | SIG - 200 TBD |
| Height: | 11'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWD | Dist. From Left Steel Line: | 1'-6" |
| Bay: | 1 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 3'-0" | Trim: | SIG - 200 TBD |
| Height: | 7'-0" | Options: | Pre-Galvanized Framing |

**FRAMED OPENINGS**

| | | | |
|---|---|---|---|
| Elevation: | EWD | Dist. From Left Steel Line: | 106'-6" |
| Bay: | 6 | Dist. from Left Col.: | 1'-6" |
| Quantity: | 1 | Dist. from Floor: | 0'-0" |
| Width: | 3'-0" | Trim: | SIG - 200 TBD |
| Height: | 7'-0" | Options: | Pre-Galvanized Framing |

**FACADE - VERTICAL WITH BACK SHEETS**

| | | | |
|---|---|---|---|
| Elevation: | SWA | Projection: | 1'-6" |
| | | Minimum EW Return(s) - Min. Proj.: | No |
| Start Column: | 1 | Stop Column: | 6 |
| Facade Panel: | 26ga PBR SIG - 200 TBD | Height: | 7'-6" |
| Soffit Panel: | 24ga Artisan L12 Polar White-Embossed | Soffit Elevation: | 24'-0" |
| Back Panel: | 26ga PBR Galvalume Plus | Corner Trim: | SIG - 200 TBD |
| Soffit Trim: | SIG - 200 TBD | | |
| Sill/Cap Trim: | SIG - 200 TBD | | |

Note: Includes Parapet Gutter. Downspouts are included for drainage outside the building envelope.

**FACADE - VERTICAL WITH BACK SHEETS**

| | | | |
|---|---|---|---|
| Elevation: | SWC | Projection: | 1'-6" |
| | | Minimum EW Return(s) - Min. Proj.: | No |
| Start Column: | 1 | Stop Column: | 6 |
| Facade Panel: | 26ga PBR SIG - 200 TBD | Height: | 7'-6" |
| Soffit Panel: | 24ga Artisan L12 Polar White-Embossed | Soffit Elevation: | 23'-3" |
| Back Panel: | 26ga PBR Galvalume Plus | Corner Trim: | SIG - 200 TBD |
| Soffit Trim: | SIG - 200 TBD | | |
| Sill/Cap Trim: | SIG - 200 TBD | | |

Note: Includes Parapet Gutter. Downspouts are included for drainage outside the building envelope.

**PARAPET WALL**

| | | | |
|---|---|---|---|
| Elevation: | EWB | Top of Parapet: | 34'-3" |
| Outside Face: | By Others | Start Column: | 1 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 3 |

## Accessories (Continued)

Note: When Accessories are located in Bay 1, Distance From Left Column refers to Distance from Left Steel Line.

**PARAPET WALL**

| Elevation: | EWB | Top of Parapet: | 40'-0" |
| Outside Face: | By Others | Start Column: | 3 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 5 |

**PARAPET WALL**

| Elevation: | EWB | Top of Parapet: | 34'-3" |
| Outside Face: | By Others | Start Column: | 5 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 7 |

**PARAPET WALL**

| Elevation: | EWD | Top of Parapet: | 34'-3" |
| Outside Face: | By Others | Start Column: | 1 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 3 |

**PARAPET WALL**

| Elevation: | EWD | Top of Parapet: | 40'-0" |
| Outside Face: | By Others | Start Column: | 3 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 5 |

**PARAPET WALL**

| Elevation: | EWD | Top of Parapet: | 34'-3" |
| Outside Face: | By Others | Start Column: | 5 |
| Back Sheets: | 26ga PBR - Galvalume Plus | Stop Column: | 7 |

## INSULATION

<u>WALLS -  3,393 sq ft</u>
| | |
|---|---|
| Walls: | EWB |
| Type: | Blanket |
| Thickness: | 4.00" |
| Facing: | WMP-VR-R |
| Tabs: | 1 @ 6" |
| Starter Rolls: | 5'-0"   Running Rolls:   4'-0" |
| Roll Length: | N/A |
| Include Patch Tape: | Yes |

02/24/2012    14:19

Case 5:17-cv-00716-MHH    Docume
(FAX)                          P.011/016

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A                                    Entered By: Dan Flippo
Date: 02/24/2012 10:17:34                               1.5.2.1                                      Page 10 of 15

**Notes**

If project contains screw-down roof or wall panels, they may be up to 45'-0" in length (at Manufacturer's discretion) unless otherwise noted. If project contains standing seam panels, they may be up to 53'-0" in length (at Manufacturer's discretion) unless otherwise noted.

NOTICE: Uniform visual appearance of Galvalume® Plus coated panels cannot be guaranteed. The Galvalume® Plus coating is subject to variances in spangle from coil to coil which may result in a noticeable shade variation in installed panels. The Galvalume® Plus coating is also subject to differential weathering after panel installation. Panels may appear to be different shades due to this weathering characteristic. If uniform visual appearance is required, Manufacturer recommends that our prepainted Signature® 200 or Signature® 300 panels be used in lieu of Galvalume® Plus. Shade variations in panels manufactured from Galvalume® Plus coated material do not diminish the structural integrity of the product. These shade variations should be anticipated and are not a cause for rejection.

Structural paint is intended as a primer. The primers supplied by the Manufacturer are not intended to provide the uniformity of appearance of a finish coat nor to provide extended protection if subjected to prolonged exposure. If immediate erection of steel is not possible, it must be protected from exposure to atmospheric and/or environmental conditions that may be detrimental to primer performance. These conditions would include, but not be limited to, prolonged exposure to ultra-violet light resulting in possible fading and or spotting or standing water resulting in spotting, peeling or localized surface oxidation. Gray Primer in particular will show rust spots/streaks due to imperfections in the application process and the properties associated with Gray Primers. Primer touch-up due to transit abrasions and/or scratching during loading and unloading and erection is to be expected. Rusting or abrasions on structural members is not subject to customer rejection or claim for touch up. Additional guidelines can be found in the MBMA Commentary, the AISC Code of Standard Practice and the Manufacturer's Standard Specifications.

Any in-plant inspection requirements must be noted on this document, and will be at the Buyer's expense.

Buyer acknowledges that, although minimum loads may be supplied automatically, it is Buyer's responsibility to determine the intended use of the Metal Building System ordered, its appropriateness for all loads to be encountered, including but not limited to, live load, wind load, snow/ice load, water load, collateral and auxiliary loads, as well as its appropriateness for drainage systems and compliance with the requirements of all governing code bodies, statutory and regulatory agencies.

All design information provided is preliminary, including but not limited to "Designed", "System Standard" and "Default" design criteria. The Manufacturer will not be responsible for conditions resulting from changes in the final design unless that specific requirement is noted on the Purchase Order.

Manufacturer's specifications, including welding standards and specifications, are applicable unless specifically described otherwise on this document. If plans, specifications, and/or Buyer's Purchase Order accompany this document, and there is a conflict between those documents and Manufacturer's standard specifications, the Manufacturer's standard specifications shall prevail unless specifically listed on this document. The words "See Attached" do not fulfill this reference requirement.

Anchor Rods are not supplied by Manufacturer.

Wall panels BY OTHERS constitutes panels provided by others and shall be structurally equal to Manufacturer's PBR panel. Panel attachment is NOT by Manufacturer.

Any quoted delivery schedules are only approximations (Not Guarantees), are rendered as a convenience to the customer, and are subject to variations depending upon Manufacturer's shipment backlog at the time of order placement.

Buyer is responsible for selecting the appropriate thermal blocks and clips for standing seam roofs for use with the insulation used on the project.

Buyer is responsible for determining the correct fastener length for use with the insulation used on the project. See the Help file or contact the Manufacturer for documents regarding the proper selection of fasteners, clips and thermal blocks.

The use of rainwater harvesting fixtures on this building may impact the gutter and downspout design and change the contract amount given herein.

The manufacturer is not responsible for specifying or verifying proper insulation placement to the Commissioning Agent (CxA).

Collateral loads have not been considered in roof panel design, thus the use of solar panels or other equipment placed directly on the panel may change the contract amount given herein.

Recycled content will be provided per the Recycled Steel Institute industry averages for BOF and EAF methods as applicable.

The material used to fabricate the building and its components will not necessarily be extracted or manufactured within 500 miles of the project site.

Tape mastic is assumed to be excluded from the maximum VOC requirements, as it is considered outside of the weather-tight boundary by the manufacturer.

Windows and Light Transmitting Panels supplied by the manufacturer may not meet the prescriptive requirements of the energy code. Other methods of compliance, if required, are assumed to have been used.

## Notes (Continued)

Research has shown that the in-place R-value for fiberglass roll insulation is greatly dependent upon field placement and drape techniques. The manufacturer is not responsible for achieving the in-place R-factors as required by the energy code for assemblies using fiberglass roll, even if it is supplied by the manufacturer.

The buyer confirms that the building is ordered properly to meet the following performance requirements:
   a. Light pollution reduction measures, in particular the placement of door and windows relative to interior lighting fixtures, daylight harvesting, or views.
   b. Special requirements of the Commissioning Agent (CxA)
   c. Prescriptive requirements of the energy code.
   d. Energy modeling assumptions of the building envelope.

## Extra Materials

| Part No. | Description | Discount | Qty. | Weight (lbs.) | Price |
|----------|-------------|----------|------|---------------|-------|
| Fast63A | 12-14x1-1/2 SD SS 410 (In Bags of 250 screws per bag)<br>Gauge: NONE<br>Color: Signature 200 TBD | Yes | 21 | 115.50 | $ 764.52 |
| 4x2.5C | 4 x 2.5 Cee<br>Length: 30'-0"<br>Gauge: 14<br>Color: Red Oxide | Yes | 20 | 1,428.00 | $ 1,250.21 |
| HW-460 | Outside Closure PBU<br>Gauge: NONE<br>Color: UNPAINTED | Yes | 45 | 10.35 | $ 17.43 |
| PBU | Reverse Roll PBU Panel<br>Length: 38'-0"<br>Gauge: 26<br>Color: Galvalume Plus | Yes | 44 | 4,297.04 | $ 5,394.41 |
| F73 | FORMED BASE<br>Gauge: NONE<br>Color: Burnished Slate | Yes | 54 | 1,011.96 | $ 928.30 |
| F840 | OUTSIDE CORNER PBU<br>Length: 20'-0"<br>Gauge: 26<br>Color: Signature 200 TBD | Yes | 5 | 69.00 | $ 283.83 |
| Note: Extra Materials are included in Contract Total. | | Totals: | | 6,931.85 | $ 8,668.69 |

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A                    Entered By: Dan Flippo
Date: 02/24/2012 10:17:34                          1.5.2.1                          Page 13 of 15

## Uniform Terms and Conditions

1. Mid-West Steel Building Company, a division of NCI Group, Inc. ("Seller" or "Manufacturer") provides the following terms and conditions (T&C") to apply to this Purchase Order ("PO") for Seller's line of metal building products, goods and/or materials (sometimes referred to as "Metal Building System"). The following T&C will apply without exception to this PO and any and all sales by Seller to the customer named herein ("Buyer"). By its execution and/or acceptance of this PO, Buyer unconditionally and irrevocably accepts these T&C which shall not be waived, modified or amended without the express written consent of Seller's President or Executive Vice-President. Terms and conditions contained within any other document or agreement issued by Buyer, whether conflicting with the T&C hereof or not, shall be of no force and effect. Any documents that Buyer may use including, but not limited to, purchase orders or sales acknowledgement forms shall be deemed to be for the administrative convenience of Buyer only, and this PO shall supersede and take precedence over any of Buyer's terms and conditions that may be contained on any such forms.

2. Any plans, specifications, details, descriptions, drawings, documents, terms and/or conditions not specifically created by Seller or expressly referred to herein are not a part hereof and shall not be binding upon Seller. Buyer acknowledges and agrees that this PO is not valid for plan and specification projects since it is based on Seller's product standards only. If required by this PO, Seller will submit to Buyer approval drawings of the Metal Building System to be purchased, which comprises the goods forming the subject matter hereof. Buyer must return 1 set of approval drawings to Seller with a notation thereon of Buyer's outright approval or approval subject to changes as noted on the approval drawings. Notwithstanding any disclaimer raised by Buyer or any third party, approval or approval subject to changes or corrections on approval drawings affirms that Seller has correctly interpreted the overall requirements for the Metal Building System and its accessories, and the exact location of accessories in the building. Seller will not furnish detailed shop drawings of individual parts of the Metal Building System. If Buyer waives the right to receive approval drawings by ordering a Metal Building System for fabrication or for production, Buyer accepts Seller's interpretation of this PO as being correct and further accepts all responsibility for any discrepancies in the Metal Building System.

3. Seller may initiate or Buyer may request changes to the Metal Building System noted in this PO. If Seller is willing to comply with Buyer's requested changes, Seller will indicate its willingness by preparing a written change order delivered to Buyer using Buyer's contact information set forth in this PO. Buyer expressly agrees that, if such changes result in added costs of any kind, then Buyer shall bear sole responsibility for such additional costs and the fabrication and delivery time will be extended as determined by Seller in its sole discretion. Buyer agrees any change order issued by Seller shall be deemed an amendment to the PO unless, within 3 days following the date of such change order, Buyer delivers its written objections thereto to Seller's President or Executive Vice-President.

4. Either party may cancel this PO by giving written notice to the other party not less than 7 days prior to the cancellation date. In the event of such cancellation, Buyer agrees to pay Seller for any and all costs and damages occasioned thereby, including, but not limited to, Seller's expenses of order processing, engineering, detailing, purchase of material, fabrication and applicable incidental and lost profits damages. Additionally, if Seller believes that Buyer's performance on this PO is substandard or if Seller receives communication from an owner, contractor, subcontractor or any other third party (collectively "third party") regarding Buyer's lack of performance on the project covered by this PO, Buyer agrees and consents to allow Seller to communicate directly with any such third party and further agrees that Seller may immediately cancel this PO, sell the Metal Building System contemplated in this PO to any third party Seller deems necessary and Buyer shall pay Seller any and all damages in accordance with these T&C.

5. As soon as the Metal Building System (or any portion thereof) is ready for delivery to Buyer, Seller will send notification to Buyer and inform Buyer as to the date(s) on which Seller will tender delivery of the Metal Building System to a common carrier for shipment to Buyer. The Metal Building System will be shipped FOB Seller's facilities. Notwithstanding anything to the contrary in this PO or otherwise, title to the Metal Building System sold by Seller to Buyer shall not pass from Seller to Buyer until the Metal Building System is shipped from Seller's facilities to Seller, when Seller uses a common carrier, when Seller tenders the Metal Building System to a common carrier for delivery to the Buyer. No Metal Building System in the possession of Seller shall be deemed to be identified to any contract between Buyer and Seller and title shall remain with Seller as to all materials and goods until shipped from Seller's facilities or, when Seller uses a common carrier, when tendered to a common carrier. Buyer waives any rights to such goods and agrees not to assert any claim for replevin or similar claim to obtain possession of the Metal Building System. As an accommodation to Buyer, Seller may arrange for shipping of the Metal Building System to Buyer's designated jobsite. Buyer agrees to reimburse Seller for all shipping costs. If Buyer desires to make its own arrangements for shipping, it must notify Seller not less than 30 days prior to the scheduled shipment date. If Buyer fails or refuses to take delivery on the date specified by Seller, then Seller may, in its sole discretion, invoice Buyer for the full price of the Metal Building System or for that portion of the Metal Building System that is ready for delivery. Additionally, Buyer shall reimburse Seller for the cost of storing such materials and transporting the materials to a storage facility, including spotting, switching, drayage, demurrage, transportation and all other costs incurred and will assume the risk of any and all damages or deterioration to the materials while in storage, including but not limited to cost of repairing. Seller expressly reserves the right, in its sole discretion, to divide this PO into separate shipments and invoice such shipments separately. If Buyer delays the detailing, design, fabrication and/or delivery or otherwise delays this PO in any fashion, the purchase price may be adjusted by Seller, in its sole discretion, to reflect any price increase(s) that Seller may put into effect, which Buyer shall immediately pay upon demand.

6. Buyer acknowledges and agrees that it will inspect the goods and/or materials reflected in this PO immediately upon delivery. Seller shall not be liable for any claim of shortage of materials unless notified of such claim by Buyer in writing within 3 days after delivery of the applicable materials. Any claim that materials are defective or nonconforming in any respect or any rejection of materials for being nonconforming under the requirements of this PO must be made in writing within 30 days after delivery of the materials. Buyer must include in the notice the basis of the alleged non-conformity and the description of that portion of the shipment being rejected with in the time frames referenced above (which Buyer agrees and stipulates is a reasonable time). Failure to timely furnish any aforementioned written notice will constitute acceptance of the goods and/or materials and will irrevocably bar any claims for which notice was required. On receipt of notification of rejection, Seller may arrange to receive back the materials for shipment and return. However, Seller may have an agent inspect the materials for non-conformity; otherwise such inspection will be made on return to Seller's plant. In the event that such materials are determined to be nonconforming, Seller will ship conforming goods within approximately 30 days, unless Buyer notifies Seller in writing to forego such shipment.

7. Payments under this PO and any other payments due to Seller by Buyer under any other agreement between Buyer and Seller at its corporate office in Houston, Harris County, Texas, its lockbox in Dallas, TX or such other place as directed by Seller in writing. Unless specifically enumerated, the price(s) and/or amount(s) reflected on the PO does not include the cost of performance bonds, payment bonds, or bonds, or local taxes including, but not limited to, sales, privilege, occupation, value added, use or other taxes. Any of these items or amounts that Seller may be required to pay or collect under existing or future laws, including, without limitation, taxes payable upon or with respect to the sale, purchase, delivery, storage, processing, use, consumption or transportation of any of the Metal Building System and materials covered hereby, shall be for the account of Buyer and shall be included on Seller's invoice(s) to Buyer and shall be due and payable by Buyer in accordance with the terms and conditions herein. If Buyer asserts the purchase of the Metal Building System is exempt from sales tax, Buyer must immediately furnish Seller a Tax Department a valid tax exemption certificate. Buyer agrees to be bound by Seller's determination of the validity of any tax exemption certificate. Seller reserves the right to reject any and all tax exemption certificates presented to Seller after shipment of the Metal Building System. Notwithstanding any other agreement to the contrary, Seller reserves the right, prior to making any shipment, to require from Buyer satisfactory security for the payment of all taxes, costs and charges payable by Buyer, in Seller's sole discretion, all orders shall either be pre-paid or cash payable on delivery. Buyer agrees to furnish Seller with a true, accurate and complete legal description of any property on which the Metal Building System is to be erected, Buyer's entity type(s), state of organization/principal residence, organizational identification number, federal taxpayer identification number(s) and/or social security number(s) and any other information requested by Seller. All credit terms shall be established in the sole discretion of Seller's Credit Department and such credit terms can be revoked by Seller's Credit Department at any time. Seller, in its sole discretion, may invoice Buyer for the sale and all material associated with this sale at the time of order, fabrication or shipment. Except as otherwise agreed in writing, all sums owed by Buyer to Seller with respect to this sale are due and payable upon the date of invoice. If Buyer fails to fulfill the terms of payment applicable hereto, Seller may defer further shipments, and/or in its sole discretion, cancel the unshipped balance of any unfilled orders. Seller may assign its right to receive from Buyer any payments called for hereunder at any time on upon notification to Buyer as to the assignee for receipt of payments. If Buyer is in default of this PO or any other agreement with Seller and/or Seller's affiliates, Seller shall have the right, in addition to all other rights stated herein, as well as in law or at equity, to withhold delivery and demand adequate assurances of Buyer's ability to perform Buyer's obligations. Buyer specifically agrees with Seller that any invoiced sum that has not been paid by Buyer within 30 days from the date of invoice shall bear interest at a rate of 18%, but in no event greater than the maximum rate for which Seller and Buyer could lawfully contract with respect to such payment under applicable law. Additionally, if an invoice becomes past due, is placed in the hands of an attorney for collection or if this PO is relevant to any other dispute(s) between the parties, in addition to any other claims, defenses, amounts and/or damages asserted or recovered by Seller, Buyer agrees to pay Seller any and all reasonable and necessary attorneys' fees and costs incurred in any such dispute(s) and/or proceeding(s), together with interest, expenses, costs and any other charges. Costs incurred in the collection of sums include, without limitation, copying and mailing expenses, fax fees, trial management time, inspection expenses and expert witnesses' expenses in addition to taxable costs incurred in litigation. Buyer agrees that all payments with firm release language on the back of any check shall be sent only to the principal office of Seller, in Houston, Harris County, Texas. Buyer agrees that any payment accepted through Seller's lock box with firm release language on the check does not bind Seller to the attempted release. Seller's agent(s) at the lock box who endorses and/or accepts checks for Seller is authorized only to accept unconditional payments, and no action by said agent(s) shall ever give rise to a claim of any authority, apparent or otherwise, beyond that described in this Article. Acceptance of any conditional check, including any firm release language or otherwise at the lock box or otherwise shall only be a partial release for those funds received, and never otherwise.

8. LIMITATIONS OF WARRANTIES AND DAMAGES – Upon Seller's receipt of Buyer's payment in full of all outstanding invoices with Seller and subject to the terms and conditions set forth herein, Seller warrants the Metal Building System to Buyer only against failure due to defective material or workmanship for a period of 1 year from date of shipment from Seller's plant. The price quoted for any warranty stated herein is subject to price adjustments due to non-standard roof geometry, details, and non-approved or non-standard roof accessories and/or fixtures. Any price adjustment will be at the sole discretion of Seller. Damage due, whether in whole or in part, to faulty or improper installation, erection or maintenance by others shall NOT be covered. As a condition precedent to the effectiveness of the foregoing warranty, the Metal Building System must be erected promptly after shipment from Seller's plant, without any undue delay and must be erected in strict accordance with Seller's procedures and guidelines as stated in its Erection Manual. Any damage to the Metal Building System not directly attributable to the sole negligence or sole fault of Seller is not covered by this warranty. Additionally, misuse and abuse, lack of proper maintenance, and normal wear and tear to the Metal Building System are not covered by this warranty. SELLER'S SOLE OBLIGATION AND BUYER'S SOLE AND EXCLUSIVE REMEDY, IN SELLER'S SOLE DISCRETION, WITH RESPECT TO THE FOREGOING WARRANTY IS EXPRESSLY LIMITED TO REPAIR OF DEFECTIVE MATERIALS OR FURNISHING NECESSARY REPLACEMENT MATERIALS FOR SELLER'S FACILITIES, BUT SHALL NOT INCLUDE ANY CHARGES FOR TRANSPORTATION, INSURANCE, OR LABOR OF DISMANTLING AND INSTALLING SUCH MATERIALS. This warranty is non-assignable and non-transferable. The above warranty does not cover products, accessories, parts or attachments that are not manufactured by Seller. DISCLAIMER OF IMPLIED WARRANTIES—SELLER MAKES NO WARRANTY OR REPRESENTATION OF ANY KIND WITH RESPECT TO THE METAL BUILDING SYSTEM (EXCEPT FOR THE EXPRESS WARRANTY INCLUDED HEREIN) AND ANY AND ALL IMPLIED WARRANTIES ARE EXPRESSLY EXCLUDED AND DISCLAIMED INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ANY AND ALL LIABILITY, WARRANTIES AND REPRESENTATIONS REGARDING, PAST, PRESENT OR FUTURE WATER LEAKS OR MOISTURE INTRUSIONS, DAMAGES TO THE SUBJECT BUILDING(S) OR ANY COMPONENTS OR CONTENTS THEREOF, OR ANY INTERIOR SPACE(S) OR PROPERTY THEREIN, INCLUDING CLAIMS PERTAINING TO MOLD, MILDEW AND/OR FUNGI, OR THE

02/24/2012   14:21                  (FAX)                       P.015/016

Case 5:17-cv-00716-MHH   Docume

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A         Entered By: Dan Flippo
Date: 02/24/2012 10:17:34                      1.5.2.1                       Page 14 of 15

## Uniform Terms and Conditions (Continued)

INTERRUPTION IN THE USE OF THE SUBJECT BUILDING(S) OR PERSONAL INJURY OR PROPERTY DAMAGE CLAIMS RESULTING FROM THE ALLEGED EXISTENCE OR GROWTH OF MOLD, MILDEW AND/OR FUNGI. LIMITATION OF DAMAGES – NOTWITHSTANDING ANYTHING ELSE CONTAINED HEREIN TO THE CONTRARY, IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT SELLER'S MAXIMUM AGGREGATE LIABILITY TO BUYER OR ANY THIRD PARTY, INCLUDING, WITHOUT LIMITATION, ANY SUBSEQUENT PURCHASER, WHETHER IN AGREEMENT, UNDER ANY WARRANTY, IN TORT (INCLUDING NEGLIGENCE), IN STRICT LIABILITY OR OTHERWISE SHALL NOT EXCEED THE RETURN OF THE AMOUNT OF THE PURCHASE PRICE ACTUALLY PAID BY BUYER TO SELLER WITH RESPECT TO THE METAL BUILDING SYSTEM. ACCORDINGLY, BUYER AGREES TO ASSUME THE RESPONSIBILITY FOR INSURING AGAINST OR OTHERWISE BEARING THE RISK OF ANY AND ALL GREATER DAMAGES. UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR ANY SPECIAL, INCIDENTAL, LIQUIDATED, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, DELAY, COST OF COVER OR BACK-CHARGE DAMAGES, EVEN IF SELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR, INCLUDING, BUT NOT LIMITED TO, PERSONAL INJURY, PROPERTY DAMAGE, DAMAGE TO OR LOSS OF EQUIPMENT, LOST PROFITS OR REVENUE, LABOR COSTS AND EXPENSES, COSTS OF RENTING EQUIPMENT AND OTHER ADDITIONAL EXPENSES, EVEN IF SELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SELLER WILL NOT BE LIABLE FOR ANY DAMAGES, LOSSES OR EXPENSES AS A RESULT OF BUYER'S OR ANY OTHER PARTY'S NEGLIGENCE, WHETHER DEEMED ACTIVE OR PASSIVE AND WHETHER OR NOT ANY SUCH NEGLIGENCE IS THE SOLE OR CONTRIBUTING CAUSE OF ANY SUCH DAMAGE, LOSS OR EXPENSE. BUYER ACKNOWLEDGES THAT THE PRICING OF THE PRODUCTS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS PO REFLECTS THE INTENT OF THE PARTIES TO LIMIT SELLER'S LIABILITY AS PROVIDED HEREIN. ANY ACTION, CLAIM OR PROCEEDING RELATING TO THIS PO OR THE TRANSACTIONS CONTEMPLATED BY THIS PO MUST BE BROUGHT WITHIN 2 YEARS AND 1 DAY FOLLOWING THE ACTION OR EVENT GIVING RISE TO SUCH ACTION, CLAIM OR PROCEEDING. BUYER AGREES TO USE ITS BEST EFFORTS TO MITIGATE ANY DAMAGES SUSTAINED BY BUYER, OWNER(S) OR ANY THIRD PARTIES PURSUANT TO OR IN CONNECTION WITH THIS PO. NOTWITHSTANDING THE FOREGOING, THE DISCLAIMER OF WARRANTIES AND/OR THIS DISCLAIMER AND/OR LIMITATION OF DAMAGES WILL NOT BE DEEMED TO DISCLAIM LIABILITY SPECIFICALLY IMPOSED ON SELLER BY STATUTE OR REGULATION, TO THE EXTENT SUCH LIABILITY CANNOT BE WAIVED OR DISCLAIMED. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SO THE DISCLAIMERS OR LIMITATIONS SET FORTH HEREIN MAY NOT FULLY APPLY TO BUYER. TO THE EXTENT THAT THE DISCLAIMERS, LIMITATIONS AND/OR LIMITATIONS SET FORTH HEREIN ARE NOT FULLY ENFORCEABLE UNDER APPLICABLE LAW, BUYER MAY HAVE OTHER LEGAL RIGHTS, WHICH VARY FROM JURISDICTION TO JURISDICTION. Buyer acknowledges its responsibility to determine the intended use of the Metal Building System ordered, its appropriateness for all uses, applications and loads to be encountered, including but not limited to, live load, wind load, snow/ice load, water load, collateral and auxiliary loads, as well as its appropriateness for drainage systems/requirements, and compliance with the requirements of all governing code bodies, statutory and regulatory agencies. Buyer acknowledges that the Seller is only a manufacturer of goods and is in no way responsible for the use, installation and/or application of the goods and/or materials covered hereunder. Buyer acknowledges that it is not unconscionable under the commercial circumstances hereof to limit the award of consequential damages as contemplated by this PO. Except for the obligations of Seller under "Warranty", all responsibility of Seller for the Metal Building System ceases upon delivery thereof by Seller to a common carrier for shipment to Buyer. All claims against the carrier for damage to or loss of any of the Metal Building System shall be made solely by Buyer. Buyer agrees and stipulates that Seller's schedule is approximate only. Without limiting the above, if rebuilt materials are supplied hereunder, Seller's shall not be liable for anything that results from the transfer of any loads from one structure to another structure. Buyer acknowledges and stipulates that Seller has not performed any tests of suitability of the materials supplied hereunder and Buyer has not relied on Seller's statement, promise or assurances in regard to such suitability. Buyer further acknowledges, agrees and stipulates that all naming of materials shall not be a cause of rejection of materials.

9. ACCEPTANCE OF MATERIALS – Buyer also acknowledges, agrees and stipulates that installation of materials shall unequivocally constitute irrevocable acceptance of materials.

10. FORCE MAJEURE–Under no circumstances shall Seller be liable in any way to Buyer, including owner and/or any other party for water intrusion or the existence of moisture occurring prior to delivery of the Metal Building System or existing thereafter or any possible effects resulting therefrom; delays, failure in performance, or loss or damage due to force majeure conditions including, without limitation: fire; flood; epidemics; quarantine; tightening; strike; embargo; explosion; power surge or failure; acts of god; acts of war or terrorism; labor or employment disputes; civil disturbances; acts of civil or military authority; inability to secure materials, fuel, products or transportation facilities; acts or omissions of suppliers; or any other causes beyond Seller's reasonable control.

11. PRICE INCREASES –BUYER AGREES AND STIPULATES THAT, IN THE EVENT SELLER RECEIVES NOTIFICATION OF A PRICE INCREASE FROM ANY OF ITS SUPPLIERS BETWEEN THE DATE OF THIS PO AND THE DATE SCHEDULED FOR DELIVERY OF THE METAL BUILDING SYSTEM, SELLER RESERVES THE RIGHT, IN ITS SOLE DISCRETION AND JUDGMENT, TO INCREASE THE PURCHASE PRICE STATED HEREIN IN AN AMOUNT CORRESPONDING TO SAID PRICE INCREASE(S). MOREOVER, BUYER AGREES AND STIPULATES THAT IT SHALL PAY TO SELLER ANY AND ALL SURCHARGES INCLUDING, BUT NOT LIMITED TO, FUEL SURCHARGES, THAT SELLER MAY PUT INTO EFFECT PRIOR TO DELIVERY OF ALL MATERIALS COVERED BY THIS PO.

12. JURISDICTION, MANDATORY VENUE AND WAIVER OF JURY TRIAL - Except where this PO expressly provides otherwise, the terms of this PO shall be governed in their interpretation by the section titled "Common Industry Practices" from the Low Rise Building System Manual, latest edition, published by the Metal Building Manufacturers Association. In the event that this Manual has no provision, which applies to the subject matter of any dispute over the interpretation of any term or provision of this PO, the interpretation of such term or provision shall be governed in accordance with the laws of the State of Texas. Further, Buyer acknowledges, stipulates and agrees that this PO was executed, accepted and is to be performed in Harris County, Texas. Buyer acknowledges, stipulates and agrees that (i) any and all claims, actions, proceedings or causes of action relating to the validity, performance, interpretation, and/or enforcement hereof shall only be asserted and/or submitted to a court in Houston, Harris County, Texas and that mandatory venue and jurisdiction for any legal action arising from this PO and/or relating to this PO is only in a court located in Harris County, Texas, (ii) Buyer irrevocably submits itself to the exclusive jurisdiction of the state and federal courts in Houston, Harris County, Texas, (iii) Buyer irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of exclusive venue of any litigation arising out of or in connection with this PO brought in any such court, and (iv) Buyer irrevocably waives any claims that litigation brought in any such court has been brought in an inconvenient forum. FURTHER, EACH PARTY KNOWINGLY AND VOLUNTARILY AGREES NOT TO ELECT AND EXPRESSLY WAIVES A TRIAL BY JURY WITH RESPECT TO THIS PO AND/OR THE DOCUMENTS CONTEMPLATED HEREBY FOR ANY CLAIM, COUNTERCLAIM OR OTHER ACTION ARISING IN CONNECTION HEREWITH. The scope of each of the foregoing waivers is intended to be all encompassing. Buyer acknowledges that the foregoing waivers are material inducements to the agreement of Seller to enter into a business relationship with Buyer, and that Seller has already relied on these waivers in entering into this PO. Buyer warrants and represents that it has reviewed these waivers with its legal counsel, and that it knowingly and voluntarily agrees to each such waiver following consultation therewith.

13. ASSUMPTION OF RISK AND INDEMNITY–BUYER ASSUMES ENTIRE RESPONSIBILITY AND LIABILITY FOR ANY CLAIMS OR ACTION BASED ON OR ARISING OUT OF INJURIES, INCLUDING DEATH, TO PERSONS OR DAMAGE TO OR DESTRUCTION OF PROPERTY (WHETHER BELONGING TO BUYER, BUILDING OWNER(S), AND/OR ANY THIRD PARTY), SUSTAINED OR ALLEGED TO HAVE BEEN SUSTAINED IN CONNECTION WITH OR TO HAVE ARISEN OUT OF OR INCIDENTAL TO THE PERFORMANCE HEREOF BY BUYER, ITS AGENTS AND EMPLOYEES, AND ITS SUBCONTRACTORS, THEIR AGENTS AND EMPLOYEES, INCLUDING CLAIMS OR ACTIONS BASED IN WHOLE OR IN PART UPON THE ALLEGED NEGLIGENCE OR FAULT OF SELLER, SELLER'S REPRESENTATIVES, OR THE EMPLOYEES, AGENTS, INVITEES, OR LICENSEES THEREOF. BUYER FURTHER AGREES TO DEFEND, INDEMNIFY AND HOLD HARMLESS SELLER AND REPRESENTATIVES, AND THE EMPLOYEES, AGENTS, INVITEES AND LICENSEES THEREOF IN RESPECT OF ANY SUCH MATTERS AND AGREES TO DEFEND ANY CLAIM OR SUIT OR ACTION BROUGHT AGAINST SELLER, SELLER'S REPRESENTATIVE, AND THE EMPLOYEES, AGENTS, INVITEES AND LICENSEES THEREOF. BUYER FURTHER AGREES, WARRANTS AND ACKNOWLEDGES THAT IT IS AWARE THAT SELLER MUST INDEMNIFY AND HOLD HARMLESS BUYER AGAINST LOSS, INCLUDING ALL COURT COSTS AND OTHER REASONABLE EXPENSES, REASONABLE ATTORNEYS' FEES, AND ANY REASONABLE DAMAGES, ARISING OUT OF A PRODUCTS LIABILITY ACTION, EXCEPT FOR ANY LOSS CAUSED BY BUYER'S NEGLIGENCE, INTENTIONAL CONDUCT OR OTHER ACT OR OMISSION, SUCH AS NEGLIGENTLY MODIFYING OR ALTERING THE PRODUCT, FOR WHICH BUYER IS INDEPENDENTLY LIABLE, AS REQUIRED BY CHAPTER 82.001 ET SEQ. OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE, AND BUYER KNOWINGLY, INTENTIONALLY AND VOLUNTARILY WAIVES, DISCLAIMS, RELINQUISHES AND FOREVER RELEASES SELLER FROM ANY AND ALL OF ITS OBLIGATIONS TO INDEMNIFY AND HOLD HARMLESS BUYER AGAINST ANY LOSS ARISING OUT OF A PRODUCTS LIABILITY ACTION AS REQUIRED BY CHAPTER 82.001 ET SEQ. OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE.

14. Buyer acknowledges and agrees that Seller is not the Engineer of Record for this or any other project. Accordingly, Seller shall not be required to carry or maintain any Professional Liability, Errors of Omissions or any other similar type insurance policy or coverage. Buyer will, at its sole expense, maintain insurance during the performance of the services covered by this PO and thereafter, including General Liability Insurance with a per occurrence limit of not less than $2,000,000. This insurance will include general liability, products liability and completed operations liability coverages, which will extend for 3 years after the completion of the services. Buyer agrees to name Seller as an additional named insured by endorsement with respect to the coverages required to be maintained by Buyer pursuant hereto and Buyer's insurance coverages shall be primary to and not concurrent with any insurance coverages maintained by Seller. Buyer waives any and all rights of subrogation as against Seller. Buyer also agrees that it shall provide Seller with Waivers of Subrogation by endorsement on its insurance policies with respect to the insurance coverages described herein.

15. WAIVER OF CONSUMER RIGHTS–SELLER AND BUYER WAIVE THEIR RIGHTS UNDER THE DECEPTIVE TRADE PRACTICES-CONSUMER PROTECTION ACT, SECTIONS 17.41 THROUGH 17.63 INCLUSIVE, OF THE TEXAS BUSINESS AND COMMERCE CODE, A LAW THAT GIVES CONSUMERS SPECIAL RIGHTS AND PROTECTIONS. BUYER REPRESENTS THAT IT HAS CONSULTED WITH AN ATTORNEY OF ITS OWN SELECTION AND, AFTER THAT CONSULTATION, VOLUNTARILY CONSENTS TO THIS WAIVER. The waiver set forth herein shall expressly survive the termination of this PO and the transactions contemplated herein. Each of Seller and Buyer has waived its rights pursuant to the Deceptive Trade Practices-Consumer Protection Act without duress or coercion and fully acknowledges and understands the effect of the waiver.

16. If any provision of this PO is found to be invalid or unenforceable in any jurisdiction, such provision shall be fully severable in such jurisdiction, and this PO shall be construed and enforced as if in such jurisdiction such provision had never comprised a part hereof. In such event, the remaining provisions of this PO shall remain in full force and effect. The terms of this PO are intended by the parties as a final expression of their agreement containing all other understandings between the parties relative to the Metal Building System referenced herein.

Quote No.: Daniels & Daniels Cornerstone Word of Life NEW.nbs - A

Date: 02/24/2012 10:56:16                         1.5.2.1

## Terms and Conditions

The Terms and Conditions governing this contract are those contained in the section entitled "Uniform Terms and Conditions", and in addition, if Buyer is a Mid-West Steel Building Company Builder, those contained in the "Mid-West Steel Building Company Builder Agreement", which, if applicable, is fully incorporated by reference herein.

The parties hereto acknowledge and agree that Mid-West Steel Building Company is only required to furnish materials in accordance with this purchase order and the referenced terms and conditions as noted on the previous pages.

| | |
|---|---|
| **Estimated Weight:** | 208,924.36 lbs |
| **Approved Factor:** | 1.084008 |
| **Weathertightness Warranty:** | Not Included |
| **Estimated Freight:** | Included |
| Estimated Tax(0.00%), Applicable tax will be added at the time of invoice: | Not Included |
| **Contract Total (104.46 Tons, ECF: 7):** | $    337,083.15 |

*Final Freight and Tax charges will be based on rates in effect at time of Shipment.

TERMS OF PAYMENT: With payment to be made in Houston, Harris county, Texas in accordance with terms to be established at the sole discretion of Mid-West Steel Building Company's Credit Department.

THIS CONTRACT IS NOT VALID UNLESS SIGNED AND ACCEPTED BY A REPRESENTATIVE OF MID-WEST STEEL BUILDING COMPANY.

**BUYER'S/CUSTOMER'S ACCEPTANCE OF PURCHASE ORDER:**
The prices and conditions are satisfactory and hereby accepted, subject to the terms and conditions set forth above.
You are authorized to do the work as specified. Payment will be made as outlined above.

ACCEPTED ON THIS ___24___ DAY OF ___Feb___, 20_12_

BY: _Steve U_____          _Cm & Agent for the Church_
      Signature                              Title

**MID-WEST STEEL BUILDING COMPANY'S ACCEPTANCE OF ORDER:**
Contract Accepted and Entered

Houston, Texas __MARCH  27th__, 20_12_

As of _3-27-12_____ credit terms for this job have been established as: _T.B.D._

By: _____          _FOR MID-WEST STEEL BLDG. CO._
      Signature                              Title



**MID-WEST**
STEEL BUILDING COMPANY
An NCI Company

*Page 1 of 2*

# CHANGE ORDER #  1

| | | | |
|---|---|---|---|
| DATE: | 03-19-2012 | ORDER #: | **2258528** |
| Buyer: | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 3783 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **APPROVAL,PROCESSING HOLD 2** |
| ATTN: | **JOHN WALSH** | DM | DANNY FLIPPO |
| FAX: | 918-872-6010 | SSM: | JACKY MARTENS |
| PROJECT NAME: | **CORNERSTONE WORD OF LIFE** | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

1. Customer drawings provided to Mid-West for this project are A-1, A-2, A-3, A-4, A-5.0, A-5.1, A-5.2 and A-7. Total 8 drawings.

2. The drive-thru building shown on the customer drawings has been eliminated from this project.

3. The eyebrow canopies are not included in the Mid-West contract. No provision for support of these canopies has been included in the contract.

4. The wall panels on endwall B are to be 26 gauge, Galvalume, PBU reverse rolled.

5. The wall panels (except for endwall B) are to be IPS, 2 1/2" thick, Sonora profile, Granite rock textured. Trim is to be smooth, not granite rock textured.   *24 ga exterior / 26 ga interior panels*

6. The parapet walls on both endwalls are to be 33'-6" width at 34'-3" tall, 63'-0" width at 40'-0" tall, 33'-6" width at 34'-3" tall.

7. The mansard on both sidewalls projection is 1'-6" with a height of 34'-3" tall, the soffit height is requested to be 27'-6".

8. The framed openings on endwall B on the contract are to be replaced with the framed openings listed below.

   a. First one is starting at the left steel line 19'-4" wide by 11'-0" tall with no left side jamb.

   b. Second is 32'-5" from the left steel line 65'-2" wide by 11'-0" tall.

   c. The third one is 110'-8" from the left steel line 19'-4" wide by 11'-0" tall and with no right side jamb.

   d. There are three openings at the 19'-0" above finish floor elevation. These three openings are to be 9'-0" wide by 18'-0" tall. They are located 50'-6", 60'-6" and 70'-6" from the left steel line. The center framed opening will have an endwall column that runs thru the center of the opening. Note that the girt line is one inch outset from the endwall column.

9. Facade/mansard face sheets are to be Sonora IPS 2 1/2" thick wall panels with

*John please sign between via fax to number on page 2 thanks Jacky*



**MID-WEST®**
STEEL BUILDING COMPANY
An NCI Company

*Page 2 of 2*

# CHANGE ORDER #  1

| | | | |
|---|---|---|---|
| DATE: | 03-19-2012 | ORDER #: | **2258528** |
| Buyer: | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 3783 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **APPROVAL,PROCESSING HOLD 2** |
| ATTN: | **JOHN WALSH** | DM | DANNY FLIPPO |
| FAX: | 918-872-6010 | SSM: | JACKY MARTENS |
| PROJECT NAME: | **CORNERSTONE WORD OF LIFE** | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

granite rock texture.

10. All openings are to have red primer in lieu of pre-galvanized.

EXCEPT AS NOTED HEREIN, ALL OTHER TERMS AND CONDITIONS NOTED IN SELLER'S PURCHASE ORDER, WHICH ARE INCORPORATED HEREIN BY REFERENCE, SHALL REMAIN IN FULL FORCE AND EFFECT.

PURSUANT TO THIS CHANGE ORDER, THE CONTRACT PRICE IS REVISED AS FOLLOWS:

| | |
|---|---|
| ORIGINAL CONTRACT PRICE: | $ 337,083.15 |
| PREVIOUS CHANGE ORDERS: | 0.00 |
| THIS CHANGE ORDER: | 0.00 |
| NEW REVISED CONTRACT PRICE: | $ 337,083.15 |

THIS AUTHORIZED WORK CHANGE AND ALL WORK AFFECTED HEREBY, IS SUBJECT TO ALL CONTRACT STIPULATIONS AND COVENANTS.

## PLEASE SIGN AND FAX BACK TO FAX NUMBER 832-590-2883.

Buyer Acceptance: _____   Date: _____

JACKY MARTENS
Sales Service Manager

MAR-26-2012 07:56 AM   DAN-FLIPPO                    479 715 6847                    P.01



**MID-WEST**
STEEL BUILDING COMPANY
An NCI Company

# CHANGE ORDER #  1

| | | | |
|---|---|---|---|
| DATE: | 03-19-2012 | ORDER #: | **2258528** |
| Buyer | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 1168 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **APPROVAL,PROCESSING HOLD 2** |
| ATTN: | JOHN WALSH | DM | **DANNY FLIPPO** |
| FAX | 256-872-6010 | SSM: | **JACKY MARTENS** |
| PROJECT NAME: | CORNERSTONE WORD OF LIFE | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

1. Customer drawings provided to Mid-West for this project are A-1, A-2, A-3, A-4, A-5.1, A-5.2 and A-7.  Total 8 drawings.

2. The drive-thru building shown on the customer drawings has been eliminated from this project.

3. The entry brow canopies are not included in the Mid-West contract.  No provision for support of these canopies has been included in the contract.

4. The wall panels on endwall B are to be 26 gauge, Galvalume, PBU reverse rolled.

5. The wall panels (except for endwall B) are to be IPS, 2 1/2" thick, Sonora bronze, Granite rock textured.  Trim is to be smooth, not granite rock textured.

6. The contract walls on both endwalls are to be 33'-6" width at 34'-3" tall, 60'-0" width at 40'-0" tall, 33'-6" width at 34'-3" tall.

7. The requested on both sidewalls projection is 1'-6" with a height of 34'-3" tall, the wall height is requested to be 27'-6".

8. The framed openings on endwall B on the contract are to be replaced with the framed openings listed below.

    a. First one is starting at the left steel line 19'-4" wide by 11'-0" tall with no left side jamb.

    b. Second is 32'-5" from the left steel line 65'-2" wide by 11'-0" tall.

    c. The third one is 110'-8" from the left steel line 19'-4" wide by 11'-0" tall and with no right side jamb.

    d. There are three openings at the 19'-0" above finish floor elevation.  These three openings are to be 9'-0" wide by 18'-0" tall.  They are located 30'-0", 40'-0" and 70'-6" from the left steel line.  The center framed opening is on the endwall column that runs thru the center of the opening.  Note: the girt line is one inch outset from the endwall column.

9. Front mansard face sheets are to be Sonora IPS 2 1/2" thick wall panels with

MAR-26-2012 07:57 AM DAN-FLIPPO                479 715 6047        P.02



**MID-WEST**
STEEL BUILDING COMPANY
An NCI Company

*Page 2 of 2*

# CHANGE ORDER # 1

| | | |
|---|---|---|
| DATE: 03-19-2012 | ORDER #: | **2258528** |
| Buyer: CORNERSTONE WORD OF LIFE CHURCH | CURRENT ORDER | |
| Address: 8793 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **APPROVAL,PROCESSING HOLD 2** |
| ATTN: JOHN WALSH | DM | DANNY FLIPPO |
| FAX: 212-972-8010 | SSM: | JACKY MARTENS |
| PROJECT NAME: CORNERSTONE WORD OF LIFE | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

girt and purlin mixture.

10. All purlins are to have red primer in lieu of pre-galvanized.

EXCEPT AS STATED HEREIN, ALL OTHER TERMS AND CONDITIONS NOTED IN SELLER'S PURCHASE ORDER, WHICH ARE INCORPORATED HEREIN BY REFERENCE, SHALL REMAIN IN FULL FORCE AND EFFECT.

PURSUANT TO THIS CHANGE ORDER, THE CONTRACT PRICE IS REVISED AS FOLLOWS:

| | |
|---|---:|
| ORIGINAL CONTRACT PRICE: | $ 337,083.15 |
| PREVIOUS CHANGE ORDERS: | 0.00 |
| THIS CHANGE ORDER: | 0.00 |
| NEW REVISED CONTRACT PRICE: | $ 337,083.15 |

THIS AUTHORIZED WORK CHANGE AND ALL WORK AFFECTED HEREBY, IS SUBJECT TO ALL CONTRACT STIPULATIONS AND COVENANTS.

## PLEASE SIGN AND **FAX BACK TO FAX NUMBER 832-590-2883.**

Buyer Acceptance: _____        Date: _____

JACKY MARTENS
Sales Engineer Manager

*Corrected*



**MID-WEST®**
STEEL BUILDING COMPANY
An NCI Company

*Page 1 of 2*

# CHANGE ORDER #  3

| | | | |
|---|---|---|---|
| DATE: | 10-29-2012 | ORDER #: | **2258528** |
| Buyer: | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 3783 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **PRODUCTION** |
| ATTN: | **JOHN WALSH** | DM | DANNY FLIPPO |
| FAX: | 918-872-6010 | SSM: | JACKY MARTENS |
| PROJECT NAME: | **CORNERSTONE WORD OF LIFE** | PM: | *C-7* |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

RELEASE FOR PRODUCTION: Execution of this change order by signature below confirms buyer's acceptance of approval drawings or verification drawings, whether "as submitted" or "as noted" and indicates that the manufacturer has correctly interpreted the contract requirements. Signature constitutes agreement that the building as drawn with indicated changes represents the totality of the materials to be supplied by the manufacturer. The accepted approval or verification drawings shall be considered the governing document in the event of any conflict with other drawings, plans, specifications or reviewing stamps of other parties.

**Requested Ship Date: 12/18/12**

1. Release for Production with the following changes.
2. The inset for the main end frame at column line 2 will remain 1'-4". Customer is requesting 8" by-pass girt line for column line 2 only, both sidewalls, in lieu of 1" by-pass.
3. Purlin struts will not require purlin clips for the standing seam panel as per the note on page E3 of the drawings.
4. "Granite Rock" is a specific group of colored rocks that texture the "Sonora" exterior panel profile.
5. Mid-West is to correct the wall sheeting elevation on page E8 from EWB to EWD.
6. Mid-West will provide cap trim to cover structure and panels provided by Mid-West Steel Building Company only.
7. Add the following roof top unit support steel only. Curbs are not by Mid-West. The dimensions listed are to approximate center of the unit, see attached RTU page
   A. RTU-1=5 ton unit, 569#, 48TC-A06 to be approx. 15'-2" from endwall D and 26'-6" from sidewall C.
   B. RTU-2=20 ton unit, 2652#, 48TC-24 to be approx. 51'- 2" from endwall D and 15'-8" from sidewall C.
   C. RTU-3=7.5 ton unit, 780#, 48TC-A08 to be approx. 23'-9 from endwall D and 14'-6" from sidewall C.
   D. RTU-4=10 ton unit, 930#, 48TC-12 to be approx. 38'-0" from endwall B and 30'-0" from sidewall C.
   E. RTU-5=20 ton unit, 2652#, 48TC-24 to be approx. 80'-0" from endwall D and 38'-0" from sidewall A.
   F. RTU-6=7.5 ton unit, 780#, 48TC-A08 to be approx. 22'-0" from endwall D and 14'-6" from sidewall A.
   G. RTU-7=20 ton unit, 2652#, 48TC-24 to be approx. 52'-0" from endwall B and 15'-8" from sidewall A.
8. Add design only for Porte Cochere, lean-to, at endwall B. The lean-to is 24'-0" x 44'-0" x 15'-0" eave height. The lean-to will attach



**MID-WEST®**
STEEL BUILDING COMPANY
An NCI Company

Page 2 of 2

# CHANGE ORDER # 3

| | | | |
|---|---|---|---|
| DATE: | 10-29-2012 | ORDER #: | **2258528** |
| Buyer: | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 3783 SULLIVAN STREET MADISON, AL 35758 | STATUS: | **PRODUCTION** |
| ATTN: | **JOHN WALSH** | DM | DANNY FLIPPO |
| FAX: | 918-872-6010 | SSM: | JACKY MARTENS |
| PROJECT NAME: | **CORNERSTONE WORD OF LIFE** | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

to endwall columns at lines "D", "E", and "F".  Lean-to is to be added as a
separate order.
9.  Add six 3070 M walk doors, with panic hardware, closers, keyed alike and insulated.
These walk doors are to be field located, two in sidewall A, two in sidewall C,
and two in endwall D. Walk door frames are included.
10.  Change the roof insulation from R38 simple saver to
6" black reinforced vinyl batt insulation.

EXCEPT AS NOTED HEREIN, ALL OTHER TERMS AND CONDITIONS NOTED IN SELLER'S PURCHASE ORDER, WHICH ARE INCORPORATED HEREIN BY REFERENCE, SHALL REMAIN IN FULL FORCE AND EFFECT.

PURSUANT TO THIS CHANGE ORDER, THE CONTRACT PRICE IS REVISED AS FOLLOWS:

| | |
|---|---|
| ORIGINAL CONTRACT PRICE: | $ 337,083.15 |
| PREVIOUS CHANGE ORDERS: | 0.00 |
| THIS CHANGE ORDER: | 18,597.93 |
| NEW REVISED CONTRACT PRICE: | $ 355,681.08 |

THIS AUTHORIZED WORK CHANGE AND ALL WORK AFFECTED HEREBY, IS SUBJECT TO ALL CONTRACT STIPULATIONS AND COVENANTS.

## PLEASE SIGN AND FAX BACK TO FAX NUMBER 832-590-2883.

Buyer Acceptance: _____     Date: _____

<u>JACKY MARTENS</u>
Sales Service Manager



2258528  CO#3
page 3 of 3

CORNERSTONE MADISON RTU WGTS & DIMS.

| rtu#'s | name | tonnage | wgt | WIDTH | length | HGT |
|---|---|---|---|---|---|---|
| 1 | 48TC-06 | 5 TON | 569 | 47 | 75 | 17.25 |
| 3, 6 | 48TC-A08 | 7.5 ton | 780 | 60 | 89 | |
| 4 | 48TC-D09 | 10 ton | 930 | 60 | 89 | |
| 2, 5, 7 | 48TC-28 | 20 ton | 2652 | 87 | 142 | |

48TC24        48TC12

ENDWALL - D

SIDE WALL -C

SIDE WALL -A

ENDWALL -B

CORNERSTONE WORD OF LIFE
MADISON, AL
RTU LOCATIONS
2012.10.25

*Signed*



**MID-WEST**®
STEEL BUILDING COMPANY
An NCI Company

*Page 1 of 3*

# CHANGE ORDER # 3

| | | | |
|---|---|---|---|
| **DATE:** | 10-26-2012 | **ORDER #:** | **2258528** |
| **Buyer:** | CORNERSTONE WORD OF LIFECHURCH | **CURRENT ORDER** | |
| **Address:** | 3783 SULLIVAN STREET MADISON, AL 35758 | **STATUS:** | **PRODUCTION** |
| **ATTN:** | **JOHN WALSH** | **DM** | **DANNY FLIPPO** |
| **FAX:** | 918-872-6010 | **SSM:** | **JACKY MARTENS** |
| **PROJECT NAME:** | **CORNERSTONE WORD OF LIFE** | **PM:** | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

RELEASE FOR PRODUCTION: Execution of this change order by signature below confirms buyer's acceptance of approval drawings or verification drawings, whether "as submitted" or "as noted" and indicates that the manufacturer has correctly interpreted the contract requirements. Signature constitutes agreement that the building as drawn with indicated changes represents the totality of the materials to be supplied by the manufacturer. The accepted approval or verification drawings shall be considered the governing document in the event of any conflict with other drawings, plans, specifications or reviewing stamps of other parties.

**Requested Ship Date: 12/18/12**

1. Release for Production with the following changes.
2. The inset for the main end frame at column line 2 will remain 1'-4".
   Customer is requesting 8" by-pass girt line for column line 2 only, both sidewalls, in lieu of 1" by-pass.
3. Purlin struts will not require purlin clips for the standing seam panel as per the note on page E3 of the drawings.
4. "Granite Rock" is a specific group of colored rocks that texture the "Sonora" exterior panel profile.
5. Mid-West is to correct the wall sheeting elevation on page E8 from EWB to EWD.
6. Mid-West will provide cap trim to cover structure and panels provided by Mid-West Steel Building Company only.
7. Add the following roof top unit support steel only.  Curbs are not by Mid-West.
   The dimensions listed are to approximate center of the unit, see attached RTU page
   A. RTU-1=5 ton unit, 569#, 48TC-A08 to be approx. 15'-2" from endwall D and 26'-6" from sidewall C.
   B. RTU-2=20 ton unit, 2652#, 48TC-2~~8~~24 to be approx. 51'- 2" from endwall D and 15'-8" from sidewall C.
   C. RTU-3=7.5 ton unit, 780#, 48TC-A08 to be approx. 23'-9 from endwall D and 14'-6" from sidewall C.
   D. RTU-4=10 ton unit, 930#, 48TC-D~~09~~12 to be approx. 38'-0" from endwall B and 30'-0" from sidewall C.
   E. RTU-5=20 ton unit, 2652#, 48TC-2~~8~~24 to be approx. 80'-0" from endwall D and 38'-0" from sidewall A.
   F. RTU-6=7.5 ton unit, 780#, 48TC-A08 to be approx. 22'-0" from endwall D and 14'-6" from sidewall A.
   G. RTU-7=20 ton unit, 2652#, 48TC-2~~8~~24 to be approx. 5~~5~~6'-0" from endwall B and 15'-8" from sidewall A.
8. Add design only for Porte Cochere, lean-to, at endwall B.
   The lean-to is 24'-0" x 44'-0" x 16'-0" eave height.  The lean-to will attach

*52'-0"*



**MID-WEST®**
STEEL BUILDING COMPANY
An NCI Company

*Page 2 of 2*

# CHANGE ORDER # 3

| | | | |
|---|---|---|---|
| DATE: | 10-26-2012 | ORDER #: | 2258528 |
| Buyer: | CORNERSTONE WORD OF LIFECHURCH | CURRENT ORDER | |
| Address: | 3783 SULLIVAN STREET MADISON, AL 35758 | STATUS: | PRODUCTION |
| ATTN: | **JOHN WALSH** | DM | DANNY FLIPPO |
| FAX: | 918-872-6010 | SSM: | JACKY MARTENS |
| PROJECT NAME: | CORNERSTONE WORD OF LIFE | PM: | |

IN ACCORDANCE WITH YOUR REQUEST, WE ARE PROCEEDING WITH THE FOLLOWING CHANGE TO THE REFERENCED JOB:

to endwall columns at lines "D", "E", and "F".  Lean-to is to be added as a separate order.

9.  Add six 3070 M walk doors, with panic hardware, closers, keyed alike and insulated. These walk doors are to be field located, two in sidewall A, two in sidewall C, and two in endwall D.  (includes H.M. door frames)

10.  Change the roof insulation from R38 simple saver to 6" black reinforced vinyl batt insulation.

EXCEPT AS NOTED HEREIN, ALL OTHER TERMS AND CONDITIONS NOTED IN SELLER'S PURCHASE ORDER, WHICH ARE INCORPORATED HEREIN BY REFERENCE, SHALL REMAIN IN FULL FORCE AND EFFECT.

PURSUANT TO THIS CHANGE ORDER, THE CONTRACT PRICE IS REVISED AS FOLLOWS:

| | |
|---|---|
| ORIGINAL CONTRACT PRICE: | $ 337,083.15 |
| PREVIOUS CHANGE ORDERS: | 0.00 |
| THIS CHANGE ORDER: | 18,597.93 |
| NEW REVISED CONTRACT PRICE: | $ 355,681.08 |

THIS AUTHORIZED WORK CHANGE AND ALL WORK AFFECTED HEREBY, IS SUBJECT TO ALL CONTRACT STIPULATIONS AND COVENANTS.

## PLEASE SIGN AND FAX BACK TO FAX NUMBER 832-590-2883.

Buyer Acceptance: *John Walsh*          Date: *10·29·12*

**JACKY MARTENS**
Sales Service Manager



CORNERSTONE WORD OF LIFE
MADISON, AL
RTU LOCATIONS
2012.10.25