

FILED
2017 Jul-31 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| CORNERSTONE WORD OF LIFE CHURCH, INC., ) ) ) Plaintiff, ) ) v. ) ) METL-SPAN, a division of NCI GROUP, INC., *et al.*, ) ) ) Defendants. ) | CASE NO 5:17-CV-00716-MHH |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* plaintiff Cornerstone Word of Life Church, Inc. and defendants Metl-Span, a division of NCI Group, Inc., Mid-West Steel Building Company, a division of NCI Group, Inc., and NCI Group, Inc., hereby jointly stipulate to the dismissal, with prejudice, of all claims and counterclaims which were asserted or could have been asserted in this case. Each party is to bear their own costs, fees, and expenses, including without limitation, attorneys' fees.

Dated: July 31, 2017

_/s/ Robert R. Baugh_
Robert R. Baugh
Jaime C. Erdberg
Attorneys for Plaintiff

Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55887
Birmingham, Alabama 35255
T: (205) 930-5307
F: (205) 930-5101

_/s/ Charles A. Ray, IV_
Charles A. Ray, IV
Michael W. Rich
Attorneys for Defendants

Lanier Ford Shaver & Payne, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805
T: (256) 535-1100
F: (256) 533-9322

DOCSHSV\239255\1

/s/ Benjamin R. Little
Benjamin R. Little
Attorney for Plaintiff

Sirote & Permutt, P.C.
305 Church Street SW, Suite 800
P.O. Box 18248
Huntsville, Alabama 35804
T: (256) 536-1711
F: 256-518-3681

DOCSHSV\239255\1