FILED

2017 Aug-01 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CORNERSTONE WORD OF LIFE CHURCH, INC.,** | } } } | |
| **Plaintiff,** | } } | |
| **v.** | } } | **Case No.:  5:17-cv-00716-MHH** |
| **METL-SPAN, a division of NCI GROUP, INC., et al.,** | } } } | |
| **Defendants.** | } | |

## ORDER

Plaintiff Cornerstone Word of Life Church, Inc. and Defendants Metl-Span, a division of NCI Group, Inc., Mid-West Steel Building Company, a division of NCI Group, Inc., and NCI Group, Inc. filed a Joint Stipulation of Dismissal with prejudice.  (Doc. 13).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, fees, and expenses, including without limitation, attorneys' fees.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this August 1, 2017.

*Madeline H. Haikala*

**MADELINE HUGHES HAIKALA**

UNITED STATES DISTRICT JUDGE